**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6388

SANDRA TERLIN ANDERSON,

Plaintiff - Appellant,

versus

L. DAVENPORT, Sergeant; CORRECTION OFFICER
LAMM,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:06-cv-00006-LMB)

Submitted: September 26, 2006          Decided: September 29, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sandra Terlin Anderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sandra Terlin Anderson appeals the district court's order summarily dismissing her civil rights complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Anderson v. Davenport, No. 1:06-cv-00006-LMB (E.D. Va. filed Feb. 13, 2006, entered Feb. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED